**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Travelers Express Company, Inc.,

Plaintiff,

vs.

Cash N Check a/k/a Check N Cash; Phuong Dinh Tran, individually and d/b/a Cash N Check a/k/a Check N Cash; Thung Nguyen a/k/a Thuy Nguyen, individually and d/b/a Cash N Check a/k/a Check N Cash,

Defendants,

and

International Business & Mercantile REassurance Company,

Defendant, Cross-Claimant, and Third-Party Plaintiff,

vs.

Dung Duc Nguyen,

Third-Party Defendant.

Court File No. 00 CV 1735 DSD/JMM

**STIPULATION FOR VOLUNTARY DISMISSAL**

---

The parties hereto, by and through counsel, stipulate and agree that Plaintiff's Complaint against International Business & Mercantile REassurance Company, and said Defendant only, may be dismissed with prejudice and without costs to either party, and that an Order to that effect may be entered.

3-7-01

Dated: 3-1-01

**KOVALCHUK AND CUTSHALL, P.A.**

By ______________________

Mark P. Kovalchuk #57861
412 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
(612-) 373-9818

Attorneys for Plaintiff Travelers Express Company, Inc.

Dated: 2/13/01

**LANG, PAULY, GREGERSON & ROSOW, LTD.**

By ______________________

David H. Gregerson, #37564
Craighton T. Boates, #293192
U.S. Bank Place
1600 Park Building
650 Third Avenue South
Minneapolis, MN 55402-4337
(612) 338-0755

Attorneys for Defendant International Business & Mercantile REassurance Company

**ORDER**

Based upon the Stipulation for Voluntary Dismissal signed by the above-referenced parties,

**IT IS ORDERED:**

The claim of Travelers Express Company against International Business & Mercantile REassurance Company is dismissed with prejudice and without costs to either party.

Dated this 6th day of March, 2001

**BY THE COURT:**

______________________

David S. Doty
Judge of District Court

home\old-rep\cash n check\stipulation of dismissal

**RELEASE AND ASSIGNMENT OF CLAIM**

In consideration of the sum of $22,861.05, in hand paid, the receipt and sufficiency of which is hereby acknowledged, Travelers Express Company, Inc., a Minnesota corporation, for itself, its principals, representatives, and assigns, does hereby forever and finally release International Business & Mercantile REassurance Company, an Illinois corporation, and any and all of its officers, directors, employees, agents, representatives, and affiliates, including but not limited to Old Republic Surety Company, a Minnesota corporation, from any and all claims it has asserted, or could have asserted, known or unknown, contingent or non-contingent, against said entities relating to, or occasioned by, facts, allegations, and circumstances set forth in Travelers Express Company, Inc. v. Cash N Check a/k/a Check N Cash, Phuong Tran a/k/a Phuong Dinh Tran, individually and d/b/a Cash N Check a/k/a Check N Cash, Thung Nguyen a/k/a Thuy Nguyen, individually and d/b/a Cash N Check a/k/a Check N Cash, and International Business & Mercantile REassurance Company, Court File No.00 CV 1735, United States District Court, District of Minnesota, Fourth Division, except for any claims related to outstanding money orders for which Travelers Express Company, Inc. previously stopped payment. International Business & Mercantile REassurance Company shall remain liable for these money orders until December 31, 2001 up to the remaining penal sum of the bond, $7,138.95. After December 31, 2001, International Business & Mercantile REassurance Company shall be released from all liability under the bond.

The undersigned hereby assigns unto International Business & Mercantile REassurance Company any and all rights, claims, and allegations it may have against Cash N Check a/k/a Check N Cash and Phuong Dinh Tran, individually, and d/b/a Cash N Check a/k/a Check N Cash, associated therewith but only to the extent of $22,861.05 paid, and reserves all further or additional rights for its own account and purposes as it deems appropriate in its sole discretion.

TRAVELERS EXPRESS COMPANY, INC.

Dated: 2/23/01

By [signature]

Its Corp. Collections Mgr.

home\old-rep\cash n check\release-assignment