UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

Case Number: 00 CV 1735 DSD/JMM

---

Travelers Express Company, Inc.,

Plaintiff,

v.

Cash N Check a/k/a Check N Cash; Phuong Tran a/k/a Phuong Dinh Tran, individually and d/b/a Cash N Check a/k/a Check N Cash; Thung Nguyen a/k/a Thuy Nguyen, individually and d/b/a Cash N Check a/k/a Check N Cash; and International Business & Mercantile REassurance Company,

Defendants.

---

ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS CASH N CHECK, PHUONG TRAN AND THUNG NGUYEN WITHOUT PREJUDICE

The above-entitled action came on for review in Chambers on motion of plaintiff for voluntary dismissal without prejudice of defendants Cash N Check a/k/a Check N Cash, Phuong Tran a/k/a Phuong Dinh Tran individually and d/b/a Cash N Check a/k/a Check N Cash, and Thung Nguyen a/k/a Thuy Nguyen individually and d/b/a Cash N Check a/k/a Check N Cash. Based upon all the files and records of the proceedings herein;

IT IS HEREBY ORDERED that plaintiff's claims against said defendants are hereby dismissed without prejudice and without costs to any party; and that judgment shall be entered herein dismissing

FILED 3-9-01

the above action against said defendants, without prejudice and without costs to any party.

~~LET JUDGMENT BE ENTERED ACCORDINGLY.~~

Dated: March 8, 2001.

The Honorable David S. Doty
Judge of District Court