# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Travelers Express Company, Inc.
v.
Cash N Check a/k/a Check N Cash,
Phuong Tran a/k/a Phuong Dinh Tran,
individually and d/b/a Cash N Check
a/k/a Check N Cash; and Thung Nguyen a/k/a
Thuy Nguyen, individually and d/b/a Cash N Check,
a/k/a Check N Cash,
and
International Business & Mercantile REassurance
Company, (deft. and cross-claimant, and 3rd pty
pltf.)
v.
Dung Duc Nguyen, (3rd pty deft.)

Case No. Civil 00-1735 DSD/JMM
**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

International's motion for summary judgment is granted.

Judgment shall be entered in favor of International Business & Mercantile REassurance Company and against Cash N Check a/k/a Check N. Cash, Phuong Tran a/k/a Phuong Ding Tran, individually and d/b/a Cash N Check a/k/a Check N Cash, and Dung Duc Nguyen in the amount of $22,861.05, plus interest, costs and attorney fees.

DATE: May 10, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

18