UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRAVELERS EXPRESS COMPANY, INC. CIVIL NO. 00-1735 (DSD/JMM)

Plaintiff,

v. REPORT AND RECOMMENDATION

CASH N CHECK, PHUONG TRAN, THUNG NGUYEN, and INTERNATIONAL BUSINESS & MERCANTILE REASSURANCE COMPANY,

Defendants,

and

INTERNATIONAL BUSINESS & MERCANTILE REASSURANCE COMPANY,

Third-party Plaintiff,

v.

DUNG DUC NGUYEN,

Third-party Defendant.

The above matter came on for hearing before the undersigned on June 11, 2001 upon Defendant International Business & Mercantile Reassurance Company's Motion for Costs and Attorney Fees [Docket Nos. 19, 21]. Craighton T. Boates, Esq. appeared on behalf of Defendant International Business & Mercantile Reassurance Company ("International Business"). There were no other appearances. The matter is before the undersigned Magistrate Judge for a Report and Recommendation to the District Court pursuant to the provisions of 28 U.S.C. §636 (b)(1)(B).

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Upon the following Findings of Fact/Report, it is recommended that Defendant International Business & Mercantile Reassurance Company's Motion for Costs and Attorney Fees [Docket Nos. 19, 21] be granted.

**FINDINGS OF FACT/REPORT**

In an Order dated May 10, 2001, the District Court granted summary judgment for International Business. [Docket No. 17]. Judgment was entered on that same date. [Docket No. 18]. The District Court ordered Defendant Cash N Check, Defendant Phuong Tran, and Third-party Defendant Dung Duc Nguyen, to reimburse International Business for its costs and attorney fees, in an amount to be determined by a magistrate judge.

International Business moves this Court for an award of costs in the amount of $1,301.08, and attorney fees in the amount of $9,406.25. No other party has presented any opposition to the Motion or the amounts requested. The figures are supported by Affidavits and Exhibits. We recommend that the Court award the entire amount of costs and attorney fees requested by International Business.

**RECOMMENDATION**

For the reasons set forth above, it is recommended that Defendant International Business & Mercantile Reassurance Company's Motion for Costs and Attorney Fees [Docket Nos. 19, 21] be granted.

Dated: June 20, 2001

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **July 6, 2001** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

Unless the parties stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendations, the party making the objections shall timely order and file a complete transcript of the hearing on or before **July 6, 2001**.