UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRAVELERS EXPRESS COMPANY, INC.

Plaintiff,

v.

CASH N CHECK, PHUONG TRAN, THUNG NGUYEN, and INTERNATIONAL BUSINESS & MERCANTILE REASSURANCE COMPANY,

Defendants,

and

INTERNATIONAL BUSINESS & MERCANTILE REASSURANCE COMPANY,

Third-party Plaintiff,

v.

DUNG DUC NGUYEN,

Third-party Defendant.

CIVIL NO. 00-1735 (DSD/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated June 20, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant International Business & Mercantile Reassurance Company's Motion for Costs and Attorney Fees [Docket Nos. 19,

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

21] is granted. Cash N Check, Phuong Tran, and Dung Duc Nguyen shall be jointly and severally liable to International Business & Mercantile Reassurance Company for $1,301.08 in costs and $9,406.25 in attorney fees.

Dated: 7/16/01

DAVID S. DOTY
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500